**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.
2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| | |
|---|---|
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

☐ Diversity

☐ Federal Question

☒ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐ Other: ______________________________________________.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer

Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

Count I – Defective Design
Count II – Failure to Warn
Count III – Negligence
Count IV – Negligence Per Se
Count V – Trespass and Battery
Count VI – Strict Product Liability
Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
Count VIII – Concealment, Misrepresentation, and Fraud
Count IX – Conspiracy
Count X – Wrongful Death
Count XI – Loss of Consortium

Other Causes of Action:
Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
Count XIII – ______________________________
Count XIV – ______________________________
Count XV – ______________________________
Count XVI – ______________________________
Count XVII – ______________________________
Count XVIII – ______________________________
Count XIX – ______________________________
Count XX – ______________________________
Others
__________________________________________________

**Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: August 29, 2025

Respectfully Submitted,

*/s/ Devin Bolton*

Devin Bolton
WEITZ & LUXENBERG, PC
1880 Century Park E, STE 700
Los Angeles, CA 90067
Tel: (212) 558-5552
dbolton@weitzlux.com

*Attorney for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | James, Andrew | 9/6/1970 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | James, Benjamin | 6/17/1970 | Tennessee | Middle District of Tennessee: Columbia Division (M.D. Tenn.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Jamieson, Theresa | 12/8/1958 | Arizona | Arizona: Phoneix Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Janness, Steven | 12/8/1971 | Texas | Northern District of Texas: Fort Worth Division (N.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Jaramillo, Giancarlo | 10/9/1997 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Jaramillo, Rubby | 6/2/1958 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Jeannette, Lori | 1/18/1958 | Indiana | Southern District of Indiana: Indianapolis Division (S.D. Ind.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8. | Jefferson, Kevin | 5/11/1992 | Maine | Maine (D. Me.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Jenike, James | 11/29/1974 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10. | Jennee, Louise | 8/24/1934 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 11. | Jennings, Kathleen | 2/18/1951 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Jennings, Robert | 2/24/1949 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Jesse, Mark | 10/6/1966 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Jewkes, Charlotte | 10/28/1996 | Utah | Utah: Central Division (D. Utah) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Jimenez, Pedro | 4/25/1965 | Texas | Southern District of Texas: Brownsville Division (S.D. Tex.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Jimenez, Stephanie | 12/7/1999 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17. | Jindal, Divya | 4/3/2000 | California | Northern District of California: San Jose Division (N.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Jobe, Brian | 1/11/1975 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Johansen, Dian | 4/20/1953 | California | Northern District of California (N.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Johns, Bruce | 10/18/1959 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Johnson, Angela | 3/14/1962 | Georgia | Middle District of Georgia: Valdosta Division (M.D. Ga.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Johnson, Brenda | 4/14/1949 | Alabama | Northern District of Alabama: Middle Division (N.D. Ala.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Johnson, David | 7/1/1969 | Texas | Southern District of Texas: Galveston Division (S.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Johnson, Devon | 8/19/1981 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Johnson, Donald | 11/9/1964 | Texas | Northern District of Texas: Dallas Division (N.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Johnson, Laronda | 11/22/1966 | Minnesota | Minnesota: Duluth Division (D. Minn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Johnson, Morgan | 12/1/1969 | Texas | Northern District of Texas: Dallas Division (N.D. Tex.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Johnson, Morgan | 8/6/1996 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Johnson, Panthea | 6/3/1956 | Nevada | Nevada (D. Nev.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Johnson, Reginald | 7/11/1957 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Johnson, Robert | 4/3/1963 | New Jersey | New Jersey: Camden Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Johnson, Robert | 6/20/1978 | New Mexico | New Mexico (D.N.M.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Johnson, Walter | 8/22/1950 | North Carolina | Middle District of North Carolina: Greensboro Division (M.D.N.C.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 34. | Johnson, Willie | 10/14/1971 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35. | Jollie, Allan | 5/28/1954 | South Carolina | South Carolina: Florence Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Jones, Derrick | 1/17/1986 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Jones, Eric | 7/19/1960 | Virginia | Eastern District of Virginia: Newport Division (E.D. Va.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Jones, Franklin | 6/26/1946 | Delaware | Delaware (D. Del.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Jones, Juanita | 11/10/1959 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Jones, Phyllis | 12/8/1965 | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Jones, Rose | 5/23/1959 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Jordan, Bruce | 8/10/1954 | Maine | Maine (D. Me.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Jordan, Darren | 4/23/1978 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Jordan, Tracy | 4/24/1959 | Washington | Eastern District of Washington (E.D. Wash.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Judd, Clifford | 8/3/1957 | Arizona | Arizona: Prescott Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Julsen, Scott | 11/26/1968 | California | Southern District of California (S.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Jung, Jena | 8/14/1979 | Maryland | Maryland: Greenbelt Division (D. Md.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 48. | Kaderli, Tim | 4/14/1976 | Texas | Western District of Texas: Austin Division (W.D. Tex.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Kansy, Matthew | 11/5/1969 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Katen, Deanne | 6/10/1953 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Katsnelson, Timur | 5/13/1996 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Kaufman, Jacob | 9/18/1999 | Tennessee | Middle District of Tennessee: Nashville Division (M.D. Tenn.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Kaur, Sohana | 3/12/1980 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Kavalle, Kyler | 9/14/1996 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Kawalsingh, Shirde | 5/23/1977 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Kearns, Douglas | 7/26/1951 | South Carolina | South Carolina: Charleston Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Keaten, Brianna | 11/4/1992 | New Hampshire | New Hampshire (D.N.H.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Keegan, Kimberly | 8/1/1960 | Arizona | Arizona: Tucson Division (D. Ariz.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Keeran, Deborah | 5/14/1951 | Ohio | Southern District of Ohio: Eastern | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (S.D. Ohio) | | | | | |
| 60. | Kellen, John | 8/29/1962 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Keller, Elizabeth | 4/15/1967 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Keller, Matthew | 3/1/1973 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Kelley, David | 9/20/1961 | Tennessee | Eastern District of Tennessee: Northeastern Division (E.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Kelley Jr., James | 9/21/1957 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Kelly, Janice | 6/13/1955 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Kelsey, Kathy | 9/21/1962 | Missouri | Western District of Missouri: Springfield Division (W.D. Mo.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Kevorkian, Michael | 11/2/1980 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Key, Tyrique | 6/3/1987 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Keyer, Anita | 7/5/1943 | Arizona | Arizona: Tucson Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | Kibler, Abigail | 6/22/1982 | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 71. | Kidder, Ken | 1/8/1958 | New Jersey | New Jersey: Camden Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Kielhold, Nickolas | 10/28/1962 | South Dakota | South Dakota (D.S.D.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Killen, Donna | 9/19/1951 | Delaware | Delaware (D. Del.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Kilpatrick, Alexandra | 5/14/1990 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Kim, Soo | 9/11/1974 | California | Southern District of California (S.D. Cal.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | King, Jacqueline | 9/15/1984 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | King, Michael | 7/22/1964 | Michigan | Eastern District of Michigan: Northern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | King, Robert | 5/13/1966 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Kinney, Minnie | 5/29/1948 | North Carolina | Middle District of North Carolina: Greensboro Division (M.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | Kirgan, Megan | 10/9/1977 | Maryland | Maryland: Baltimore Division (D. Md.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | Kirkpatrick, James | 12/16/1960 | Indiana | Southern District of Indiana: Indianapolis Division (S.D. Ind.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Kisner, Finley | 7/30/1988 | Alabama | Northern District of Alabama: | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Northeastern Division (N.D. Ala.) | | | | | |
| 83. | Klar, Nicholas | 6/19/1966 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Klawonn, Amisha | 2/17/1975 | Colorado | Colorado: Denver Division (D. Colo.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Kline, Kristi | 1/7/1989 | Delaware | Delaware (D. Del.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Kloninger-Frandy, Kyle | 1/26/1983 | California | Northern District of California (N.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Klynman Jr., Walter | 7/18/1973 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Knaisch, Ellen | 6/3/1953 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89. | Knott, Kathleen | 6/10/1949 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | Knutelska, Kazimiera | 9/5/1936 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Kohlhoff, Kevin | 3/24/1989 | North Carolina | Middle District of North Carolina: Durham Division (M.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | Kolb, Janice | 3/31/1961 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | Korta, Peter | 3/13/1984 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Kotis, Matthew | 7/9/1981 | Missouri | Western District of Missouri: Joplin Division (W.D. Mo.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | Kouyoumjian, Hagop | 11/6/1994 | California | Central District of California: Western | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (C.D. Cal.) | | | | | |
| 96. | Kovac Luna, Carlos | 6/6/1951 | Nevada | Nevada (D. Nev.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | Kovack, Robert | 8/13/1935 | Illinois | Central District of Illinois (C.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Kovary, Anton | 5/22/1953 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Kreinberg, Kent | 7/26/1955 | Illinois | Central District of Illinois (C.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Kroeger, Kirk | 11/15/1963 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | Krome, Donald | 8/26/1960 | Missouri | Eastern District of Missouri (E.D. Mo.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Kruchkow, David | 3/17/1953 | Florida | Middle District of Florida: Ocala Division (M.D. Fla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | Kruse, Richard | 7/14/1950 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Kubrick Sotelo, Christopher Taylor | 8/26/1987 | California | Northern District of California: San Jose Division (N.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | LaFleur, Hannah | 12/24/2001 | New Jersey | New Jersey: Camden Division (D.N.J.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106. | Lager, Shelly | 3/1/1955 | Arizona | Arizona: Phoneix Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Lagnese, Kathryn | 2/14/1964 | Texas | Eastern District of Texas: Sherman Division (E.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 108. | Lakis, John | 6/30/1952 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Lamb, Sarah | 8/22/1981 | Washington | Eastern District of Washington (E.D. Wash.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Lambe, Victoria | 3/15/1999 | South Carolina | South Carolina: Charleston Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Lambui, William | 2/5/1961 | North Carolina | Eastern District of North Carolina: Southern Division (E.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Lamers, Michael | 8/9/1950 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Lancaster, Myra | 10/19/1963 | Florida | Middle District of Florida: Ocala Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Landeros, Martha | 6/10/1950 | California | Northern District of California: San Jose Division (N.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Landry, Gwendolyn | 10/29/1963 | California | Southern District of California (S.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Landry, Mark | 11/10/1954 | Louisiana | Western District of Louisiana (W.D. La.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | Landry, Reynolds | 4/18/1959 | Louisiana | Western District of Louisiana (W.D. La.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118. | Lane, Haley | 12/5/1987 | Texas | Western District of Texas: Waco Division (W.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119. | Lane, James | 3/24/1986 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | Lane, Sean | 11/24/1985 | Virginia | Eastern District of Virginia: Richmond Division (E.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Lane, Victor | 6/25/1966 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | LaNinfa, Hillary | 12/6/1988 | Rhode Island | Rhode Island (D.R.I.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Lanningham, Rachel | 11/4/1979 | Alabama | Northern District of Alabama: Northeastern Division (N.D. Ala.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Lapin, Joshua | 12/5/1980 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125. | Larrabee, Joseph | 3/2/1995 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126. | Larson, Randall | 3/22/1964 | Minnesota | Minnesota: Duluth Division (D. Minn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | Larson, Thomas | 9/22/1957 | California | Northern District of California: San Francisco Division (N.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Larter, Danforth | 4/16/1945 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129. | Lata, Veronica | 4/29/1961 | Hawaii | Hawaii (D. Haw.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | Latimer, Craig | 1/25/1974 | Oklahoma | Western District of Oklahoma: Oklahoma City Division (W.D. Okla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131. | Latiolais, Zachary | 7/7/1980 | Louisiana | Western District of Louisiana (W.D. La.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 132. | Laurenzi, Pasquale | 1/14/1950 | Pennsylvania | Middle District of Pennsylvania (M.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Lavassar, Chelsea | 10/5/2001 | South Carolina | South Carolina: Charleston Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Lawrence, Janice | 8/30/1975 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | Lawrence, Marvin | 11/11/1960 | Indiana | Southern District of Indiana: Indianapolis Division (S.D. Ind.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Lawry, Clarence | 10/30/1951 | New Jersey | New Jersey: Camden Division (D.N.J.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137. | Lawson, Danesha | 7/6/1984 | South Carolina | South Carolina: Greenville Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138. | Lawson, John | 4/20/1961 | Florida | Middle District of Florida: Fort Myers Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Leavy, Thomas | 8/7/1986 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Ledbetter, Ronald | 2/2/1952 | Alabama | Northern District of Alabama: Northeastern Division (N.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141. | Lee, Kerrie | 6/17/1971 | Arizona | Arizona: Phoneix Division (D. Ariz.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142. | Leeper, Joann | 6/13/1950 | Arkansas | Eastern District of Arkansas: Northern Division (E.D. Ark.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143. | Leger, Kevin | 8/8/1964 | Georgia | Northern District of Georgia: Atlanta | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (N.D. Ga.) | | | | | |
| 144. | Lehman, Aubrey | 7/28/2000 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145. | Lehr, Lynn | 7/19/1959 | Illinois | Southern District of Illinois: East St. Louis Division (S.D. Ill.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 146. | Leithoff, Johnnie | 7/26/1994 | Illinois | Central District of Illinois (C.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 147. | LeMaster, Natalie | 3/10/1972 | Arizona | Arizona: Phoneix Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 148. | Lenger, Douglas | 3/4/1961 | Missouri | Eastern District of Missouri: Eastern Division (E.D. Mo.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |